```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 5 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BALOISE INSURANCE COMPANY, as leading insurer, :
: 08 Civ. 01994 (LTS)
Plaintiff, :
: ECF CASE
- against - :
:
BANGLADESH SHIPPING CORPORATION a/k/a :
BANGLADESH SHIPPING CORPORATION, :
BANGLADESH or BANGLADESH SHIPPING CORP., :
:
Defendant. :
------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: March 3, 2008
Southport, CT

> The Plaintiff,
> BALOISE INSURANCE COMPANY, as leading insurer
>
> By: _____
> Nancy R. Peterson (NP 2871)
> LENNON, MURPHY & LENNON, LLC
> 420 Lexington Ave., Suite 300
> New York, NY 10170
> Phone (212) 490-6050
> Fax (212) 490-6070
> nrp@lenmur.com

SO ORDERED:

_____ 3/5/08
U.S.D.J.